IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CASE NO. 3:11-00016 |
| | ) | JUDGE HAYNES |
| v. | ) ) | |
| JAMES ELDRIDGE, | ) ) | |
| Defendants. | ) ) | |

## ORDER

A revocation hearing is set in this action for **Friday, August 17, 2012 at 2:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the ___1st___ day of August, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge