# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA,    )
                                 )
        Plaintiff,            )         CASE NO.  3:11-00016
                                 )         Chief Judge Haynes
v.                               )
                                 )
JAMES ELDRIDGE,            )
                                 )
        Defendants.      )

## O R D E R

A revocation hearing is set in this action for **Friday, July 26, 2013 at 4:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the ___3rd___ day of July, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court